NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TDM AMERICA, LLC,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5138

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-472, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

TDM America, LLC (TDM) moves without opposition to establish a briefing schedule in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The stay of the briefing schedule is lifted. TDM's opening brief is due no later than December 1, 2011. The United States' brief is due

no later than January 31, 2012. TDM's reply brief is due no later than February 28, 2012.

FOR THE COURT

**SEP 2 6 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  David W. Denenberg, Esq.
     Walter W. Brown, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 6 2011

JAN HORBALY
CLERK